**Motion GRANTED; CONTINUING ABATEMENT Order filed June 2, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-22-00144-CV
_____

**GARY WAYNE SPANGLER JUNIOR, Appellant**

**V.**

**BRANDY L. LISS AS INDEPENDENT EXECUTRIX OF THE ESTATE OF MARY A. JAMES, DECEASED, Appellee**

**On Appeal from the Probate Court
Galveston County, Texas
Trial Court Cause No. PR-0081495-A**

## CONTINUING ABATEMENT ORDER

On April 5, 2022 we abated this appeal and referred the dispute to mediation. On May 24, 2022, appellant filed an agreed motion requesting that we continue the abatement of this appeal to allow more time for mediation. That motion is GRANTED.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **August 5, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to

reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.